# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAROD ALLEN POE,  )  <br>    Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> MARY COOK, *et al.*,  ) <br>    Defendants.  ) | CIVIL ACTION: 1:21-00011-KD-N |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 21, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action in **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure as no other lesser sanction will suffice.

**DONE** and **ORDERED** this the **8th** day of **July 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**