# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAROD ALLEN POE, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )    CIVIL ACTION: 1:21-00011-KD-N |
| MARY COOK, *et al.*, | ) |
|     Defendants. | ) |

## JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED, ADJUDGED**, and **DECREED** that this action is **DISMISSED** without prejudice.

**DONE** and **ORDERED** this the **8th** day of **July 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**